■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GUYEAR, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (O'Dwyer, J.), both rendered February 24, 1989.

Ordered that the judgments are affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Lawrence, Sullivan, Harwood and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY L. HAYES, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered June 28, 1988.

Ordered that the judgment is affirmed *(see, North Carolina v Alford,* 400 US 25; *People v Harris,* 61 NY2d 9; *People v Nixon,* 21 NY2d 338; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HENRY, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Braatz, J.), rendered April 13, 1988, convicting him of attempted criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Sullivan, Harwood and Balletta, JJ., concur.